**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AVANTOR, INC.** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 26-2435** |
| | **:** | |
| **CLAUDIA BERRÓN** | **:** | |

## ORDER

This 17th day of June, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 26, is **GRANTED**.  As a result of this dismissal, Plaintiff's pending motions, ECF 28 and ECF 32, are **DENIED** as moot.

The Clerk of Court is directed to mark this case as closed.


  /s/ Gerald Austin McHugh
United States District Judge